# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

### Division

In re                                                                                         Case No.

                    Debtor(s)                                                              Chapter

## REPORT OF DEPOSIT OF SMALL DIVIDEND

---

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. 347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend(s) due and payable to:

<u>Creditor's Name and Address</u>                                                                   <u>Amount of Dividend</u>

[If applicable: Continued on attached page(s).]

Date: _____                                     _____
                                                           *(Signature of Trustee)*
                                                   _____
                                                           *(Typed Name of Trustee)*
                                                   _____
                                                           *(State Bar Number)*
                                                   _____
                                                                  *(Address)*
                                                   _____
                                                     *(Telephone Number)*

[rsmdivid ver. R. 04/03]